IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02530-PSF-CBS

CLEMON CASTELL, JR.,
        Plaintiff,
v.

THE SYGMA NETWORK,
        Defendant.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

        This civil action comes before the court on Plaintiff Castell's letter requesting "to

use the U.S. Marshals to serve the Defendant . . ." (filed December 15, 2006) (doc. # 1-

2).  Pursuant to the Order of Reference dated January 9, 2007 (doc. # 4), this civil

action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial

matters, including discovery and other non-dispositive motions . . . ."  The court has

reviewed Castell's letter, the entire case file, and the applicable law and is sufficiently

advised in the premises.

        Castell is not proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915 (*see*

doc. # 1-4 (receipt for $350.00 filing fee paid)), nor is he incarcerated.  Castell resides

in Denver, Colorado.  (*See* Complaint (doc. # 1) at pp. 1, 6).  Castell has not

demonstrated that he is subject to any limitations in his ability to effect service on the

Defendant.  For these reasons, the court declines to request the U.S. Marshal to effect

service.  Accordingly,

1

IT IS ORDERED that Castell's letter requesting "to use the U.S. Marshals to serve the Defendant . . . (filed December 15, 2006) (doc. # 1-2) is DENIED.

DATED at Denver, Colorado, this 11th day of January, 2007.

BY THE COURT:


_s/Craig B. Shaffer_____
United States Magistrate Judge