IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02530-PSF-CBS

CLEMON CASTELL, JR.,

    Plaintiff,

v.

THE SYGMA NETWORK,

    Defendant.

## ORDER ON MOTION TO DISMISS AND MOTION TO AMEND COMPLAINT

THIS MATTER is before the Court on Defendant's Motion to Dismiss (Dkt. # 16) and Plaintiff's Motion to Amend Complaint (Dkt. # 17), both filed on April 30, 2007. Plaintiff's First Amended Complaint (Dkt. # 10), filed on March 9, 2007, asserted claims for violations of the Americans with Disabilities Act, Title VII of the Civil Rights Act of 1964, and the Family and Medical Leave Act. Plaintiff's unopposed motion to amend, which seeks to voluntarily dismiss plaintiff's Title VII claim and to add a claim under 42 U.S.C. § 1981, is GRANTED. Accordingly, defendant's motion to dismiss plaintiff's Title VII claim for failure to exhaust administrative remedies is DENIED AS MOOT.

DATED: May 2, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge