IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02530-PSF-CBS

CLEMON CASTELL, JR.,

    Plaintiff,

v.

THE SYGMA NETWORK,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to File Amended Answer (*doc. no. 28)* is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, Defendant's amended Answer to Plaintiff's Second Amended Complaint (*doc no. 28-3*) tendered to the court on June 28, 2007.

**DATED:**    June 29, 2007